# United States District Court
## Northern District of New York

# JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:07-CV-0377 (DNH)(GJD)

**SUSAN FALCON**

- v -

**AFFILIATED COMPUTER SERVICES, INC.**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion to compel arbitration and dismiss the complaint is GRANTED.  Defendant's motion for costs and attorney fees is DENIED.  The plaintiff is directed to submit her claims to arbitration; in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed August 30, 2007.

August 31, 2007
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
**(BY)  DEPUTY CLERK**

Entered and served on August 31, 2007